No. D–17.  IN RE DISBARMENT OF ENGLERT.  It is ordered that Charles E. Englert of Boston, Massachusetts, be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–18.  IN RE DISBARMENT OF STANTON.  It is ordered that John J. Stanton of Boston, Massachusetts, be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 72–1125.  ALLEE ET AL. v. MEDRANO ET AL.  Appeal from D. C. S. D. Tex.  [Probable jurisdiction noted, 411 U. S. 963.]  Motion of Mexican American Legal Defense and Educational Fund for leave to file an untimely brief as *amicus curiae* denied.

No. 72–1660.  BLACKLEDGE, WARDEN, ET AL. v. PERRY.  C. A. 4th Cir.  [Certiorari granted, *ante*, p. 908.]  Motions of respondent for leave to proceed *in forma pauperis* and for appointment of counsel granted.  It is ordered that James E. Keenan, Esquire, of Durham, North Carolina, a member of the Bar of this Court be, and he is hereby, appointed to serve as counsel for respondent in this case.